JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV12-03832 WDK(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MARIANA GARCIA,** | |
| Defendant. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Mariana Garcia, an individual d/b/a El Mas Cafe, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Mariana Garcia, an individual d/b/a El Mas Cafe, as follows:

(a)    defendant Mariana Garcia, an individual d/b/a El Mas Cafe, shall pay the plaintiff, J & J Productions, Inc., $4,400.00 in total damages plus attorneys'

1  fees in the amount of $640.00 plus costs.

3  IT IS SO ORDERED.

5  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6  States mail or by telefax or by email, copies of this Order on counsel in this
7  matter.

10 Dated: January 7, 2014

_____

William Keller
United States District Judge

26 cc:    Mariana Garcia

- 2 -