Al Lustgarten, Bar # 189503  
Lustgarten Law  
30851 Agoura Rd # 114  
Agoura Hills, Ca 91301  
Phone; 818-907-5866   Fax 818-461-5959  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC, )
        Plaintiff,   vs. )  Case No.: 2:12-CV-03832-WDK-PLA  
MARIANA GARCIA, et al, )  **RENEWAL OF JUDGMENT BY CLERK**  
        Defendant, )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Mariana Garcia, an individual dba El Mas Cafe entered on January 7, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal (add a and b)** | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal (subtract d from c)** | **$** | **5,040.00** |
| f. | Interest after judgment (.13%) | $ | 35.45 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | **Total renewed judgment (add e, f and g)** | **$** | **5,075.45** |

Dated: 9/25/2023        CLERK, by Deputy _Sharon HallBrown_

Renewal of Judgment